UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| ALFRED MORIN,<br><br>   Plaintiff-Appellant,<br><br>v.<br><br>MARK K. LEAHY AND COMMONWEALTH OF MASSACHUSETTS,<br><br>   Defendant-Appellees. | No. 16-1904 |

**DEFENDANT-APPELLEE COMMONWEALTH OF MASSACHUSETTS' ASSENTED-TO MOTION TO POSTPONE ORAL ARGUMENT**

  Pursuant to Fed. R. App. P. 34(b), and with the assent of all other parties, the defendant-appellee Commonwealth of Massachusetts respectfully moves to postpone oral argument, now scheduled for April 6, 2017, in this matter.

  As grounds for this motion, the Commonwealth states as follows:

  1. The undersigned counsel for the Commonwealth is currently on parental leave and will return to the office on April 18, 2017. It would be challenging for her to argue the case on April 6, before she has returned from leave.

2. It would be difficult for another attorney representing the Commonwealth to become sufficiently familiar with this matter to be able to argue the case on April 6.

3. The undersigned counsel has spoken with counsel for all other parties, who assent to this case being postponed. However, counsel for the appellant, Dr. Alfred Morin, is unavailable for argument on May 1 or May 3, 2017, so only assents to this motion if this matter is not rescheduled for argument on those dates. Counsel for appellee Mark K. Leahy is unavailable for argument on May 7, 2017, so only assents to this motion if this matter is not rescheduled for argument on that date.

The Commonwealth therefore respectfully requests that the April 6, 2017 oral argument in this matter be postponed until after April 18, 2017.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS,

By its attorney,

MAURA HEALEY
ATTORNEY GENERAL

 /s/ Julia E. Kobick
Julia E. Kobick, No. 1162713
Assistant Attorney General
Government Bureau
Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108
(617) 963-2559
julia.kobick@state.ma.us

Dated: March 6, 2017

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2017 the foregoing motion will be filed and served electronically through the CM/ECF system to the following counsel, who are registered as ECF filers:

>J. Steven Foley, Esq.
>Law Offices J. Steven Foley
>100 Pleasant St., #100
>Worcester, MA 01609
>*Counsel for Plaintiff-Appellant*
>
>Janelle M. Austin, Esq.
>KP Law, P.C.
>101 Arch Street, 12th Floor
>Boston, Massachusetts 02110
>*Counsel for Defendant-Appellee Leahy*

>/s/ Julia E. Kobick
>Julia E. Kobick, No. 1162713
>Assistant Attorney General
>Government Bureau
>Office of the Attorney General
>One Ashburton Place
>Boston, Massachusetts 02108
>(617) 963-2559
>julia.kobick@state.ma.us
>
>Attorney for the COMMONWEALTH OF MASSACHUSETTS.

March 6, 2017