# United States Court of Appeals
## For the First Circuit

No. 16-1904

ALFRED MORIN

Plaintiff - Appellant

v.

MARK K. LEAHY; COMMONWEALTH OF MASSACHUSETTS

Defendants - Appellees

**ORDER OF COURT**

Entered: March 15, 2017

The motion to continue oral argument is allowed and the case is removed from the April 6, 2017 calendar. It is anticipated that oral argument will be scheduled for May 2, 2017.

By the Court:

/s/ Margaret Carter, Clerk

cc:

Janelle M. Austin
David J. Doneski
J. Steven Foley
Julia Eleanor Kobick
William W. Porter
Brian Walter Riley